*Nov. Term,*
*1855.*

The State
v.
Downs.

---

THE STATE *v.* DOWNS.

APPEAL from the *White* Court of Common Pleas.

*Per Curiam.*—Affidavit and complaint for retailing to a single individual without license. Writ calling upon the defendant to appear and answer to the charge of maintaining a nuisance. Writ quashed upon motion. No exception taken, and the ground for quashing not disclosed in the record. See *The State* v. *Lockstand*, 4 Ind. R. 572.

There is no question before this Court.

The judgment is affirmed with costs.

*L. Reilly*, for the state.